1 | Taras Kick (SBN No. 43379)
Taras@kicklawfirm.com
2 | THE KICK LAW FIRM, APC
815 Moraga Drive
3 | Los Angeles, California 90049
Telephone: (310) 395-2988
4 | Facsimile: (310) 395-2088

5 | Nicholas Rosenthal (SBN 268297)
nr@rosenthallawoffice.com
6 | THE LAW OFFICE OF NICK ROSENTHAL, APC
811 W.7th Street
7 | Los Angeles, CA 90017
Telephone: (213) 542-0439

Attorneys for Plaintiff LANA RAMOS, individually and on behalf of all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
Sarah Zenewicz, Bar No. 258068
Thomas Duda, Bar No. 350991
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
eric.meckley@morganlewis.com
sarah.zenewicz@morganlewis.com
thomas.duda@morganlewis.com

Attorneys for Defendant
VESTIS SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANA RAMOS, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>VESTIS SERVICES, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-05513-MEMF<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

1

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff LANA RAMOS and Defendant VESTIS SERVICES, LLC, by and through their counsel of record, stipulate to the dismissal of this action in its entirety with prejudice. Each party is to bear their own costs, expenses, and attorneys' fees. This dismissal is without prejudice to the claims of any absent members of the putative class alleged in the complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: August 18, 2025     THE LAW OFFICE OF NICK ROSENTHAL, APC

                                           By:   /s/ Nick Rosenthal
                                                     Nick Rosenthal
                                                     Attorneys for Plaintiff

DATED: August 18, 2025          MORGAN, LEWIS & BOCKIUS LLP

                                           By: /s/ Sarah Zenewicz
                                                   Eric Meckley
                                                   Sarah Zenewicz
                                                   Thomas Duda

                                                   Attorneys for Defendant
                                                   VESTIS SERVICES, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   August 18, 2025    THE LAW OFFICE OF NICK ROSENTHAL, APC

By:   /s/ Nick Rosenthal_____
Nick Rosenthal